FILED
JAMES BONINI
CLERK

05 DEC 22 PM 4:06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA : CASE NO. CR-02-004-2
:
v. :
: 1:05 CV 821
STEVEN JONES :
:

SPIEGEL, J.

MOTION FOR ASSIGNMENT
OF COUNSEL

Now Comes, STEVEN JONES, petitioner and respectfully requests that this Honorable Court grants his petitioner for assignment of counsel in the above cause and states:

> 1. That the petitioner is indigent and without funds to prosecute this appeal or to retain counsel.

> 2. That defendant does not have the educational background to comprehend the intricacies of law nor understand the procedures and etiquette of the courtroom.

> 3. That the defendant's ignorance may be detrimental to his own cause.

1.

      4. That under 18 U.S.C.A. 3006A that court determines that if the interests of justice so require, representation maybe provided for any financially eligible person who is seeking relief under 2241, 2254, or 2255 of Title 18.

Wherefore, STEVEN JONES, petitioner requests that this Honorable Court grant this motion to have counsel assigned to the above cause and for such other and further relief as to the court may seem just and proper.

Executed: 12/20/05

Respectfully Submitted;

*Steven Jones*
Steven Jones
Reg. No. #03507-061
U.S.P. Big Sandy
P.O. BOX 2068
Inez, KY 41224