FILED
JAMES BONINI
CLERK

05 DEC 22 PM 4:06

1:05CV821

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OHIO
WEST DIV CINCINNATI FOR THE DISTRICT OF Ohio At Cincinati'

| United State of America | CASE NO. CR1-02-004-2 |
| --- | --- |
|  | (To be supplied by the Clerk) |
| V. |  |
| Steven Jones , | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND SUPPORTING DECLARATION (PURSUANT TO 28 U.S.C. 1915 AND 28 U.S.C. 1746) |

I hereby apply for leave to: (check one)

☐ Commence this action for habeas corpus/civil rights relief

☒ Pursue this action under 28 U.S.C. § 2255 or Rule 35, F.R.Crim.P.

without prepayment of fees and costs or giving security therefor.

In support of my application, I state that the following facts are true:

1) I am the party initiating said action and I believe that I am entitled to relief.

2) The nature of this action is: _____
   _____
   _____
   _____

XP  8/82   MOTION, DECLARATION, CERTIFICATE AND ORDER – LEAVE TO
           PROCEED IN FORMA PAUPERIS

3) I am unable to prepay the costs of this action or give security therefor because of my poverty.

4) I have no assets or funds which could be used to prepay the fees or costs, except: _____

_____

_____

*(Write "none" above if you have nothing; otherwise list your assets.)*

5) Are you presently employed?  Yes ☐  No ☑

(a) If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer _____

_____

_____

(b) If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received _____

_____

_____

6) Have you received within the past twelve months any money from any of the following sources?

(a) Business, profession or form of self-employment?  Yes ☐  No ☑

(b) Rent payments, interest or dividends?  Yes ☐  No ☑

(c) Pensions, annuities or life insurance payments?  Yes ☐  No ☑

(d) Social Security, Veterans Administration, disability pensions, workmen's compensation or unemployment benefits?  Yes ☐  No ☑

(e) Gifts or inheritances?  Yes ☐  No ☑

(f) Any other sources?  Yes ☐  No ☑

-2-

XP    8/82

If the answer to any of the above is "Yes" describe each source of money and state the amount received from each during the past twelve months _____

_____

_____

_____

7) Do you own any cash, or do you have money in a checking or savings account? Yes ☐ No ☑ (Include any funds in prison accounts)

    If the answer is "Yes", state the total value of the items owned _____

_____

_____

8) Do you own real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☑

    If the answer is "Yes", describe the property and state its approximate value _____

_____

_____

9) You may state briefly any additional financial or other information regarding your ability to pay the costs of this action (for example, persons who are dependent on you for support) _____

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Big Sandy Federal Prison_ on _12/20/05_
            (Location)                              (Date)
_P.O. Box 2068_
_Inez, Kentucky_        _Steven Jones_
                             (Signature)

-3-

XP    8/82

CERTIFICATE (If Applicable)

I hereby certify that on __6/22/05__ the movant herein had cash and securities in the amount of $ __.53__ on account to his credit at the penal institution where he is confined. I further certify that movant likewise has the following securities to his credit according to the records of said _____

__USP BIG SANDY, INEZ, KY 41224__

_____

_____

_Beverly Stark_
Authorized Officer of Penal Institution

__6/22/05__        _Business Administrator_
(Date)                                           (Title)

### ORDER

In reliance upon the representations and information set forth in the above motion, declaration and certificate, it is ordered that:

☐ The movant herein is permitted to file and maintain this action to conclusion without prepayment of fees or costs.

☐ The movant herein is permitted to file this action without prepayment of fees or costs, however any further proceedings in this matter must be specifically authorized in advance by the court.

☐ This motion for leave to proceed *in forma pauperis* is denied.

United States District Judge
United States Magistrate

_____, 19 __

XP    8/82

Date: 06/22/2005
Time: 8:53:11 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BSY

Start Date: 10/01/2004
End Date: 09/30/2005
Inmate Reg #: 03507061
Account Status: All
Institution: All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 10/01/2004 04:34:34 PM | ITS1001 | | | ITS Withdrawal | ($4.00) | | $20.17 |
| BSY | 10/03/2004 09:07:20 PM | ITS1003 | | | ITS Withdrawal | ($1.00) | | $19.17 |
| BSY | 10/04/2004 09:00:24 AM | 1 | | | Sales | ($18.90) | | $0.27 |
| BSY | 10/07/2004 07:58:15 AM | 4JV00075 | | | Payroll - IPP | $26.99 | | $27.26 |
| BSY | 10/07/2004 04:31:45 PM | ITS1007 | | | ITS Withdrawal | ($7.00) | | $20.26 |
| BSY | 10/08/2004 08:48:42 PM | ITS1008 | | | ITS Withdrawal | ($3.00) | | $17.26 |
| BSY | 10/10/2004 02:11:20 PM | ITS1010 | | | ITS Withdrawal | ($4.00) | | $13.26 |
| BSY | 10/12/2004 09:38:30 AM | 32 | | | Sales | ($13.20) | | $0.06 |
| BSY | 10/12/2004 03:58:05 PM | 393 | | 126061 | Local Collections | $20.00 | | $20.06 |
| BSY | 10/12/2004 06:26:01 PM | ITS1012 | | | ITS Withdrawal | ($6.00) | | $14.06 |
| BSY | 10/13/2004 08:12:57 PM | ITS1013 | | | ITS Withdrawal | ($3.00) | | $11.06 |
| BSY | 10/15/2004 06:28:51 PM | ITS1015 | | | ITS Withdrawal | ($3.00) | | $8.06 |
| BSY | 10/16/2004 08:35:00 PM | ITS1016 | | | ITS Withdrawal | ($3.00) | | $5.06 |
| BSY | 10/18/2004 11:17:07 AM | 83 | | | Sales | ($4.95) | | $0.11 |
| BSY | 10/18/2004 03:46:13 PM | 598 | | 126065 | Local Collections | $20.00 | | $20.11 |
| BSY | 10/18/2004 05:14:23 PM | ITS1018 | | | ITS Withdrawal | ($3.00) | | $17.11 |
| BSY | 10/18/2004 09:41:53 PM | ITS1018 | | | ITS Withdrawal | ($4.00) | | $13.11 |
| BSY | 10/19/2004 05:37:36 PM | ITS1019 | | | ITS Withdrawal | ($3.00) | | $10.11 |
| BSY | 10/21/2004 04:39:49 PM | ITS1021 | | | ITS Withdrawal | ($3.00) | | $7.11 |
| BSY | 10/22/2004 08:30:29 PM | ITS1022 | | | ITS Withdrawal | ($3.00) | | $4.11 |
| BSY | 10/22/2004 08:38:13 PM | ITS1022 | | | ITS Withdrawal | ($4.00) | | $0.11 |

Page 1

Date: 06/22/2005  
Time: 8:53:12 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Limited Official Use  

Facility: BSY

### General Information

| Inmate Reg#: | 03507061 | Living Quarters: | B01-111L |
|---|---|---|---|
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 11/05/2004 10:36:02 AM | 5JV00005 | | | Payroll - IPP | $30.94 | | $31.05 |
| BSY | 11/05/2004 04:31:52 PM | ITS1105 | | | ITS Withdrawal | ($6.00) | | $25.05 |
| BSY | 11/05/2004 07:11:49 PM | ITS1105 | | | ITS Withdrawal | ($1.00) | | $24.05 |
| BSY | 11/06/2004 10:31:39 AM | ITS1106 | | | ITS Withdrawal | ($3.00) | | $21.05 |
| BSY | 11/07/2004 11:42:59 AM | ITS1107 | | | ITS Withdrawal | ($3.00) | | $18.05 |
| BSY | 11/07/2004 04:36:18 PM | ITS1107 | | | ITS Withdrawal | ($3.00) | | $15.05 |
| BSY | 11/08/2004 10:10:57 AM | 79 | | | Sales | ($14.95) | | $0.10 |
| BSY | 11/10/2004 03:03:14 PM | 1547 | | 126077 | Local Collections | $20.00 | | $20.10 |
| BSY | 11/10/2004 04:50:32 PM | ITS1110 | | | ITS Withdrawal | ($3.00) | | $17.10 |
| BSY | 11/10/2004 09:08:26 PM | ITS1110 | | | ITS Withdrawal | ($3.00) | | $14.10 |
| BSY | 11/11/2004 04:37:16 PM | ITS1111 | | | ITS Withdrawal | ($3.00) | | $11.10 |
| BSY | 11/14/2004 10:38:59 AM | ITS1114 | | | ITS Withdrawal | ($3.00) | | $8.10 |
| BSY | 11/15/2004 09:49:10 AM | 59 | | | Sales | ($8.00) | | $0.10 |
| BSY | 11/15/2004 04:00:33 PM | 1744 | | 126079 | Local Collections | $50.00 | | $50.10 |
| BSY | 11/15/2004 05:32:31 PM | ITS1115 | | | ITS Withdrawal | ($10.00) | | $40.10 |
| BSY | 11/17/2004 07:56:25 PM | ITS1117 | | | ITS Withdrawal | ($3.00) | | $37.10 |
| BSY | 11/18/2004 02:50:55 PM | 1876 | | 126082 | Local Collections | $25.00 | | $62.10 |
| BSY | 11/18/2004 06:10:23 PM | ITS1118 | | | ITS Withdrawal | ($12.00) | | $50.10 |
| BSY | 11/21/2004 10:58:48 AM | ITS1121 | | | ITS Withdrawal | ($4.00) | | $46.10 |
| BSY | 11/22/2004 09:40:16 AM | 51 | | | Sales | ($24.85) | | $21.25 |
| BSY | 11/23/2004 08:14:15 PM | ITS1123 | | | ITS Withdrawal | ($3.00) | | $18.25 |
| BSY | 11/26/2004 04:33:02 PM | ITS1126 | | | ITS Withdrawal | ($3.00) | | $15.25 |
| BSY | 11/28/2004 12:37:40 PM | ITS1128 | | | ITS Withdrawal | ($3.00) | | $12.25 |
| BSY | 11/29/2004 09:10:35 AM | 16 | | | Sales | ($11.85) | | $0.40 |
| BSY | 12/07/2004 12:18:50 PM | 5JV00011 | | | Payroll - IPP | $23.80 | | $24.20 |
| BSY | 12/07/2004 04:57:25 PM | ITS1207 | | | ITS Withdrawal | ($3.00) | | $21.20 |
| BSY | 12/08/2004 03:40:16 PM | 5IS2037 | | | FRP Quarterly Pymt | $0.00 | | $21.20 |
| BSY | 12/08/2004 04:32:43 PM | ITS1208 | | | ITS Withdrawal | ($3.00) | | $18.20 |
| BSY | 12/08/2004 05:37:02 PM | ITS1208 | | | ITS Withdrawal | ($3.00) | | $15.20 |
| BSY | 12/09/2004 04:32:00 PM | ITS1209 | | | ITS Withdrawal | ($3.00) | | $12.20 |

Date: 06/22/2005  
Time: 8:53:12 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Limited Official Use

Facility: BSY

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 12/10/2004 06:08:49 PM | ITS1210 | | | ITS Withdrawal | ($3.00) | | $9.20 |
| BSY | 12/13/2004 05:17:40 AM | 70121903 | | | Lockbox - CD | $20.00 | | $29.20 |
| BSY | 12/13/2004 09:22:17 AM | 39 | | | Sales | ($8.65) | | $20.55 |
| BSY | 12/13/2004 04:31:25 PM | ITS1213 | | | ITS Withdrawal | ($3.00) | | $17.55 |
| BSY | 12/13/2004 05:43:19 PM | ITS1213 | | | ITS Withdrawal | ($7.00) | | $10.55 |
| BSY | 12/15/2004 08:38:29 PM | ITS1215 | | | ITS Withdrawal | ($3.00) | | $7.55 |
| BSY | 12/15/2004 09:38:53 PM | ITS1215 | | | ITS Withdrawal | ($7.00) | | $0.55 |
| BSY | 01/04/2005 05:43:08 AM | 70123501 | | | Lockbox - CD | $20.00 | | $20.55 |
| BSY | 01/04/2005 05:43:12 AM | 70123501 | | | Lockbox - CD | $20.00 | | $40.55 |
| BSY | 01/04/2005 04:32:10 PM | ITS0104 | | | ITS Withdrawal | ($10.00) | | $30.55 |
| BSY | 01/04/2005 05:19:32 PM | ITS0104 | | | ITS Withdrawal | ($10.00) | | $20.55 |
| BSY | 01/07/2005 08:58:26 AM | 5JV00023 | | | Payroll - IPP | $35.37 | | $55.92 |
| BSY | 01/07/2005 05:04:49 PM | ITS0107 | | | ITS Withdrawal | ($7.00) | | $48.92 |
| BSY | 01/10/2005 09:32:17 AM | 42 | | | Sales | ($46.30) | | $2.62 |
| BSY | 01/10/2005 05:34:32 PM | ITS0110 | | | ITS Withdrawal | ($2.00) | | $0.62 |
| BSY | 01/11/2005 05:46:57 AM | 70124001 | | | Lockbox - CD | $20.00 | | $20.62 |
| BSY | 01/11/2005 04:33:06 PM | ITS0111 | | | ITS Withdrawal | ($10.00) | | $10.62 |
| BSY | 01/13/2005 04:55:47 PM | ITS0113 | | | ITS Withdrawal | ($2.00) | | $8.62 |
| BSY | 01/18/2005 09:44:31 AM | 40 | | | Sales | ($8.30) | | $0.32 |
| BSY | 01/31/2005 05:19:29 AM | 70125303 | | | Lockbox - CD | $20.00 | | $20.32 |
| BSY | 01/31/2005 09:28:33 AM | ITS0131 | | | ITS Withdrawal | ($6.00) | | $14.32 |
| BSY | 01/31/2005 10:14:02 AM | 45 | | | Sales | ($10.20) | | $4.12 |
| BSY | 01/31/2005 10:21:51 AM | ITS0131 | | | ITS Withdrawal | ($4.00) | | $0.12 |
| BSY | 02/04/2005 05:19:33 AM | 70125701 | | | Lockbox - CD | $20.00 | | $20.12 |
| BSY | 02/04/2005 09:18:20 AM | ITS0204 | | | ITS Withdrawal | ($7.00) | | $13.12 |
| BSY | 02/06/2005 12:15:01 PM | ITS0206 | | | ITS Withdrawal | ($3.00) | | $10.12 |
| BSY | 02/07/2005 08:23:55 AM | 5JV00032 | | | Payroll - IPP | $30.99 | | $66.11 |
| BSY | 02/07/2005 08:23:55 AM | 5JV00032 | | | Payroll - IPP | $25.00 | | $35.12 |
| BSY | 02/07/2005 09:23:58 AM | 26 | | | Sales | ($44.70) | | $21.41 |
| BSY | 02/07/2005 12:05:06 PM | ITS0207 | | | ITS Withdrawal | ($10.00) | | $11.41 |

Date: 06/22/2005
Time: 8:53:12 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BSY

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| BSY | 02/11/2005 09:17:15 AM | ITS0211 | | ITS Withdrawal | ($3.00) | | $8.41 |
| BSY | 02/12/2005 11:20:08 AM | ITS0212 | | ITS Withdrawal | ($8.00) | | $0.41 |
| BSY | 02/17/2005 05:16:13 AM | 70126601 | | Lockbox - CD | $20.00 | | $20.41 |
| BSY | 02/17/2005 11:41:14 AM | ITS0217 | | ITS Withdrawal | ($3.00) | | $17.41 |
| BSY | 02/19/2005 10:40:58 AM | ITS0219 | | ITS Withdrawal | ($3.00) | | $14.41 |
| BSY | 02/19/2005 11:18:32 AM | ITS0219 | | ITS Withdrawal | ($3.00) | | $11.41 |
| BSY | 02/22/2005 11:29:03 AM | 48 | | Sales | ($11.35) | | $0.06 |
| BSY | 03/01/2005 05:25:41 AM | 70127301 | | Lockbox - CD | $40.00 | | $40.06 |
| BSY | 03/01/2005 09:04:45 AM | ITS0301 | | ITS Withdrawal | ($10.00) | | $30.06 |
| BSY | 03/04/2005 04:53:36 PM | ITS0304 | | ITS Withdrawal | ($3.00) | | $27.06 |
| BSY | 03/04/2005 08:17:38 PM | ITS0304 | | ITS Withdrawal | ($3.00) | | $24.06 |
| BSY | 03/05/2005 11:46:17 AM | ITS0305 | | ITS Withdrawal | ($3.00) | | $21.06 |
| BSY | 03/07/2005 08:01:10 AM | 5JV00040 | | Payroll - IPP | $27.61 | | $48.67 |
| BSY | 03/07/2005 10:51:31 AM | 48 | | Sales | ($18.90) | | $29.77 |
| BSY | 03/07/2005 12:29:10 PM | ITS0307 | | ITS Withdrawal | ($4.00) | | $25.77 |
| BSY | 03/07/2005 02:36:38 PM | 5IS2075 | | Lockbox - CD | ($25.00) | | $0.77 |
| BSY | 03/20/2005 05:13:56 AM | 70128702 | | FRP Quarterly Pymt | $10.00 | | $10.77 |
| BSY | 03/20/2005 08:54:56 AM | ITS0320 | | ITS Withdrawal | ($3.00) | | $7.77 |
| BSY | 03/21/2005 05:25:24 AM | 70128703 | | Lockbox - CD | $25.00 | | $32.77 |
| BSY | 03/21/2005 09:56:58 AM | 50 | | Sales | ($24.25) | | $8.52 |
| BSY | 03/21/2005 10:16:53 AM | ITS0321 | | ITS Withdrawal | ($8.00) | | $0.52 |
| BSY | 03/28/2005 05:21:36 AM | 70129203 | | Lockbox - CD | $20.00 | | $20.52 |
| BSY | 03/28/2005 09:01:39 AM | ITS0328 | | ITS Withdrawal | ($6.00) | | $14.52 |
| BSY | 03/28/2005 09:05:32 PM | ITS0328 | | ITS Withdrawal | ($4.00) | | $10.52 |
| BSY | 03/29/2005 09:05:25 AM | ITS0329 | | ITS Withdrawal | ($3.00) | | $7.52 |
| BSY | 03/30/2005 11:09:39 AM | ITS0330 | | ITS Withdrawal | ($3.00) | | $4.52 |
| BSY | 04/01/2005 05:21:01 AM | 70129601 | | Lockbox - CD | $10.00 | | $14.52 |
| BSY | 04/01/2005 11:38:03 AM | ITS0401 | | ITS Withdrawal | ($2.00) | | $12.52 |
| BSY | 04/02/2005 06:41:56 AM | ITS0402 | | ITS Withdrawal | ($1.00) | | $11.52 |
| BSY | 04/04/2005 08:38:28 AM | 9 | | Sales | ($11.45) | | $0.07 |

Date: 06/22/2005
Time: 8:53:12 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BSY

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 04/07/2005 05:15:13 AM | 70130001 | | | Lockbox - CD | $20.00 | | $20.07 |
| BSY | 04/07/2005 04:36:22 PM | ITS0407 | | | ITS Withdrawal | ($3.00) | | $17.07 |
| BSY | 04/08/2005 07:40:50 AM | 5JV00048 | | | Payroll - IPP | $27.37 | | $44.44 |
| BSY | 04/08/2005 09:21:30 AM | 5IS2091 | | | Payroll - UNICOR | $3.45 | | $47.89 |
| BSY | 04/08/2005 11:08:44 AM | ITS0408 | | | ITS Withdrawal | ($4.00) | | $43.89 |
| BSY | 04/09/2005 06:34:47 PM | ITS0409 | | | ITS Withdrawal | ($3.00) | | $40.89 |
| BSY | 04/11/2005 10:13:30 AM | 25 | | | Sales | ($29.65) | | $11.24 |
| BSY | 04/11/2005 10:16:47 AM | 43 | | | Sales | ($11.10) | | $0.14 |
| BSY | 04/12/2005 05:31:54 AM | 70130301 | | | Lockbox - CD | $10.00 | | $10.14 |
| BSY | 04/12/2005 11:08:45 AM | ITS0412 | | | ITS Withdrawal | ($3.00) | | $7.14 |
| BSY | 04/16/2005 05:19:54 AM | 70130701 | | | Lockbox - CD | $15.00 | | $22.14 |
| BSY | 04/16/2005 11:00:20 AM | ITS0416 | | | ITS Withdrawal | ($3.00) | | $19.14 |
| BSY | 04/17/2005 09:20:51 AM | ITS0417 | | | ITS Withdrawal | ($2.00) | | $17.14 |
| BSY | 04/18/2005 09:14:57 AM | 27 | | | Sales | ($16.85) | | $0.29 |
| BSY | 04/25/2005 05:18:02 AM | 70131203 | | | Lockbox - CD | $10.00 | | $10.29 |
| BSY | 04/25/2005 10:59:03 AM | ITS0425 | | | ITS Withdrawal | ($3.00) | | $7.29 |
| BSY | 04/25/2005 05:37:14 PM | ITS0425 | | | ITS Withdrawal | ($7.00) | | $0.29 |
| BSY | 04/26/2005 05:24:48 AM | 70131301 | | | Lockbox - CD | $10.00 | | $10.29 |
| BSY | 04/28/2005 05:13:53 AM | 70131501 | | | Lockbox - CD | $20.00 | | $30.29 |
| BSY | 04/28/2005 10:58:41 AM | ITS0428 | | | ITS Withdrawal | ($7.00) | | $23.29 |
| BSY | 05/02/2005 09:17:57 AM | 37 | | | Sales | ($19.95) | | $3.34 |
| BSY | 05/02/2005 10:58:41 AM | ITS0502 | | | ITS Withdrawal | ($3.00) | | $0.34 |
| BSY | 05/05/2005 02:08:55 PM | 5IS3000 | | | Payroll - UNICOR | $35.88 | | $36.22 |
| BSY | 05/05/2005 08:43:04 PM | ITS0509 | | | ITS Withdrawal | ($3.00) | | $33.22 |
| BSY | 05/09/2005 10:57:44 AM | 63 | | | Sales | ($25.50) | | $7.72 |
| BSY | 05/10/2005 04:46:35 PM | ITS0510 | | | ITS Withdrawal | ($7.00) | | $0.72 |
| BSY | 05/10/2005 05:23:15 AM | 70132701 | | | Lockbox - CD | $10.00 | | $10.72 |
| BSY | 05/14/2005 09:06:05 AM | ITS0514 | | | ITS Withdrawal | ($3.00) | | $7.72 |
| BSY | 05/15/2005 11:43:01 AM | ITS0515 | | | ITS Withdrawal | ($7.00) | | $0.72 |
| BSY | 05/16/2005 05:20:42 AM | 70132703 | | | Lockbox - CD | $20.00 | | $20.72 |

Date: 06/22/2005  
Time: 8:53:12 am  

**Federal Bureau of Prisons**  
TRUFACS  
**Inmate Statement**  
Limited Official Use  

Facility: BSY

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 05/16/2005 10:32:31 AM | 9 | | | Sales | ($15.50) | | $5.22 |
| BSY | 05/16/2005 11:03:22 AM | ITS0516 | | | ITS Withdrawal | ($5.00) | | $0.22 |
| BSY | 05/28/2005 05:23:42 AM | 70133701 | | | Lockbox - CD | $10.00 | | $10.22 |
| BSY | 05/31/2005 05:29:57 PM | ITS0531 | | | ITS Withdrawal | ($3.00) | | $7.22 |
| BSY | 05/31/2005 05:46:48 PM | ITS0531 | | | ITS Withdrawal | ($7.00) | | $0.22 |
| BSY | 06/01/2005 05:33:54 AM | 70133801 | | | Lockbox - CD | $25.00 | | $25.22 |
| BSY | 06/01/2005 12:31:47 PM | ITS0601 | | | ITS Withdrawal | ($3.00) | | $22.22 |
| BSY | 06/03/2005 05:55:21 PM | 5IS2107 | | | FRP Quarterly Pymt | $0.00 | | $22.22 |
| BSY | 06/04/2005 11:50:05 AM | ITS0604 | | | ITS Withdrawal | ($1.00) | | $21.22 |
| BSY | 06/06/2005 10:49:21 AM | 42 | | | Sales | ($21.05) | | $0.17 |
| BSY | 06/06/2005 12:47:09 PM | 5IS2109 | | | Payroll - UNICOR | $34.16 | | $34.33 |
| BSY | 06/09/2005 08:28:03 PM | ITS0609 | | | ITS Withdrawal | ($1.00) | | $33.33 |
| BSY | 06/10/2005 11:05:51 AM | ITS0610 | | | ITS Withdrawal | ($3.00) | | $30.33 |
| BSY | 06/10/2005 08:28:16 PM | ITS0610 | | | ITS Withdrawal | ($3.00) | | $27.33 |
| BSY | 06/11/2005 07:02:43 PM | ITS0611 | | | ITS Withdrawal | ($3.00) | | $24.33 |
| BSY | 06/12/2005 07:58:42 PM | ITS0612 | | | ITS Withdrawal | ($3.00) | | $21.33 |
| BSY | 06/13/2005 10:44:24 AM | 61 | | | Sales | ($18.80) | | $2.53 |
| BSY | 06/13/2005 11:13:17 AM | ITS0613 | | | ITS Withdrawal | ($2.00) | | $0.53 |
| BSY | 06/17/2005 05:24:25 AM | 70135001 | | | Lockbox - CD | $10.00 | | $10.53 |
| BSY | 06/17/2005 05:09:09 PM | ITS0617 | | | ITS Withdrawal | ($3.00) | | $7.53 |
| BSY | 06/17/2005 06:08:29 PM | ITS0617 | | | ITS Withdrawal | ($7.00) | | $0.53 |
| BSY | 06/20/2005 10:35:37 AM | 57 | | | Sales | $0.00 | | $0.53 |

Total Transactions: 163    Totals: ($23.64)    $0.00

Page 6

Date: 06/22/2005
Time: 8:53:12 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BSY

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03507061 | Living Quarters: | B01-111L |
| Inmate Name: | JONES, STEVEN | Arrived From: | ALP |
| Current Site Name: | Big Sandy USP | Transferred To: | |
| Housing Unit: | B1/2 | Account Creation Date: | 7/11/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | $0.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.53 |
| **Totals:** | **$0.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.53** |