IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Respondent, | : <br> : | Case No. 1:02cr0004<br>1:05cv0821 |
| vs. | : <br> : <br> : | JUDGE S. ARTHUR SPIEGEL |
| STEVEN JONES,<br>Defendant-Movant. | : <br> : | |

### NOTICE OF APPEARANCE

Benjamin C. Glassman, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to Defendant-Movant, is entering an appearance as counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address:

Benjamin C. Glassman
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*/s/ Benjamin C. Glassman*
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Glassman @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this __4th__ day of **January, 2006**, by regular U.S. Mail to: Steven Jones, Prisoner Registration No. 03507-061, U.S. P. Big Sandy, P.O. box 2068, Inez, Kentucky, 41224

*/s/ Benjamin C. Glassman*
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney