

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

# O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark
Here

1:02-CR-004
Doc. 49
5/24/06

Sent To   STEVEN JONES 03507-061
Street, Apt. No.; or PO Box No.   USP BIG SANDY, P.O. BOX 2068
City, State, ZIP+4   INEZ, KY 41224

PS Form 3800, April 2002                    See Reverse for Instructions